UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 30 2004
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

JAMES ELDON THOMAS,           )
                              )
V.                            )   CIVIL NO. 5:04CV00010
                              )
MERCK & CO., INC.             )

## DISMISSAL O R D E R

This case and all actions against the defendant shall be dismissed, without prejudice, from the Court docket.

Accordingly, the Court ORDERS and DECREES that this action be, and the same hereby is, dismissed without prejudice.

The Clerk is to certify a copy of this order to plaintiff and strike this case from the docket.

ENTERED: This 30th day of July, 2004.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE